## In re SOUTHWESTERN BELL TELEPHONE COMPANY, L.P.

No. 13–04–403–CV.

Court of Appeals of Texas,
Corpus Christi–Edinburg.

Oct. 19, 2004.

Mike A. Hatchell, Charles R. Watson, Kirsten M. Castaneda, M. Wade Turner, Mitchell C. Chaney, Neil E. Norquest, Philip J John, Jr., Shira Yoshor, David K. Isaak, and Maureen McNiece, for relator.

Joseph M. Gourrier, Roy J. Elizondo III, Jaime A. Gonzalez Jr., Gina M. Benavides, and Ramon Garcia, for real parties.

Before Chief Justice VALDEZ and Justices RODRIGUEZ and GARZA.

### MEMORANDUM OPINION [1]

PER CURIAM.

Relator, Southwestern Bell Telephone Company, L.P., filed a motion for temporary relief and petition for writ of mandamus in the above cause on August 5, 2004. That same day, the Court granted the motion for temporary relief and requested a response from the real parties in interest. The real parties in interest have filed a response and a motion for sanctions, and relator has filed a reply.

The Court, having examined and fully considered the petition for writ of mandamus and the response, is of the opinion that relator has not shown itself entitled to the relief sought and the petition for writ of mandamus should be denied. *See* Tex. R.App. P. 52.8. Accordingly, the stay of the trial court proceedings is hereby ordered LIFTED. The petition for writ of mandamus is DENIED.

Real parties in interest have moved for sanctions against relator on each of the grounds specified in Texas Rule of Appellate Procedure 52.11. *See* Tex.R.App. P. 52.11. We have carefully considered the motion for sanctions. Based on our review of the pleadings and record, we find the motion is not frivolous. Nevertheless, the motion, as it pertains to this original proceeding, is DENIED. We are confident that the trial court will take any steps deemed necessary to ensure that the parties and their counsel strictly comply with their ethical and professional obligations in further proceedings below.